FRANK H. AUMACK et al., appellants,

*v.*

GEORGE M. DORRANCE et al., respondents.

[Argued November 18th, 1915.    Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes.

*Mr. Thomas P. Fay,* for the appellants.

*Messrs. Gaskill & Gaskill,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—12.

*For reversal*—MINTURN—1.